Dismissed and Memorandum Opinion filed October 23, 2003









Dismissed and Memorandum Opinion filed October 23,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00524-CV

____________

 

DONNA PAYNE, as Guardian of ROBERT
WAYNE PAYNE, Appellant

 

V.

 

MENTAL HEALTH AND MENTAL RETARDATION
AUTHORITY OF HARRIS COUNTY and JOHNSON CONTROLS WORLD SERVICES, INC.,
Appellees

 



 

On Appeal from the 129th
District Court

Harris County, Texas

Trial Court Cause No.  00-22916

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed April 4, 2003.

On October 17, 2003, the parties filed a joint motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed October 23, 2003.

Panel consists of Justices Yates,
Hudson, and Fowler.